UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Rayya Dennis,**<br><br>**Plaintiff**<br><br>**vs.**<br><br>**LVNV Funding, LLC, and Ratchford Law Group, P.C.,**<br><br>**Defendants** | **Case No. 1:23-cv-13131** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(1)(ii) Plaintiff Rayya Dennis and Ratchford Law Group, P.C. hereby stipulate to and gives notice of the dismissal with prejudice of the above-entitled and numbered action as to all Defendants, including LVNV Funding, LLC, which has not answered or otherwise appeared.

Respectfully submitted,

/s/ Alexa Rosenbloom
Alexa Rosenbloom, Esq.
BBO # 679108
Legal Services Center of Harvard Law School
122 Boylston St.
Jamaica Plain, MA 02130
arosenbloom@law.harvard.edu

ATTORNEY FOR PLAINTIFF

/s/ Christopher J. Williamson
Christopher J. Williamson
BBO # 690589
Ratchford Law Group, P.C.
89 Newbury St.
Suite 106
Danvers, MA 01923
cwilliamson@ratchfordlawgroup.com

ATTORNEY FOR DEFENDANT
RATCHFORD LAW GROUP

Dated: January 31, 2024

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 31, 2024 a copy of the foregoing was filed via CM/ECF and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). In addition, paper copies were served on the following parties via first email and first-class mail:

LVNV Funding
c/o Manuel H. Newburger
Barron & Newburger, PC
7320 N. MoPac Expy., Suite 400
Austin, TX 78731

/s/ Alexa Rosenbloom
Alexa Rosenbloom